IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
vs.    )    No. 07-00211-01-CR-W-SOW
    )
WILLIAM CHARLES BROWN, JR.,    )
    )
    Defendant.    )

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Sarah W. Hays regarding defendant's Motion to Suppress Evidence (Doc. # 17). The defendant filed an Objection to the Report and Recommendation. After making a thorough review of the record and applicable law, the Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. # 17) is denied.


__/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___11/29/2007_____